UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA PETTIBONE, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 2:21−cv−05800−JAK−PVC |
| vs. | |
| CITY COMPASSIONATE CAREGIVERS, INC., a California corporation, | |
| *Defendant*. | |
| _____/ | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Gabriela Pettibone, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Gabriela Pettibone, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: October 08, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Joshua Moyer
Joshua Moyer, Esq.
California Bar No. 259908
jmoyer@shamisgentile.com
401 W. A street, Suite 200
San Diego, CA 92101
Office: 305-479-2299
Fax: 786-623-0915

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg

Scott Edelsberg, Esq.
California Bar No. 330990
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

      I hereby certify that on October 08, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                  **SHAMIS & GENTILE, P.A.**
                                  401 W. A street, Suite 200
                                  San Diego, CA 92101
                                  Telephone (305) 479-2299
                                  Facsimile (786) 623-0915
                                  Email: efilings@shamisgentile.com

                By:      */s/ Joshua Moyer*
                               Joshua Moyer, Esq.
                               CA Bar # 259908

                               *Counsel for Plaintiff*